IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE JOSEPH FREGIA,<br>CHAD ALLEN BERES,<br>CHRISTOPHER SCOTT HURST,<br>and LARRY BENJAMIN BARNETT,<br><br>Defendants. | CR 18-58-BLG-SPW<br><br>FINAL ORDER OF<br>FORFEITURE |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on December 13, 2018, the defendant Christopher Scott Hurst entered pleas of guilty to count II of the indictment charging possession with

1

intent to distribute methamphetamine, and count III of the indictment charging possession of a firearm in furtherance of a drug trafficking crime;

AND WHEREAS, on April 2, 2019, the defendant Larry Benjamin Barnett entered pleas of guilty to count II of the indictment charging possession with intent to distribute methamphetamine, and count III of the indictment charging possession of a firearm in furtherance of a drug trafficking crime;

AND WHEREAS, on April 9, 2019, the defendant Chad Allen Beres entered pleas of guilty to the indictment charging him in count I with conspiracy to possess with the intent to distribute methamphetamine, in count II with possession with intent to distribute methamphetamine, and in count III with possession of a firearm in furtherance of a drug trafficking crime;

AND WHEREAS, on March 3, 2020, the defendant Maurice Joseph Fregia, was found guilty by jury trial of count I charging him with conspiracy to possess with the intent to distribute methamphetamine, of count II charging him with possession with intent to distribute methamphetamine, and of count III charging him with possession of a firearm in furtherance of a drug trafficking crime

And whereas, the defendants agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendants plead guilty;

And whereas, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on July 17, 2020, and ending on August 15, 2020, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $14,538 in United States currency;
- $1,488 in United States currency;
- A Rolex Watch S/N 1800-3055; and
- Various firearms and ammunition.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 21st day of September, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge